OPINION — AG -(1) PURSUANT TO 70 O.S. 1974 Supp., 2-101 [70-2-101] AND 70 O.S. 1974 Supp., 2-102 [70-2-102], A VOTER DESIRING TO VOTE IN A SCHOOL DISTRICT ELECTION MUST SIGN HIS/HER NAME AND ADDRESS IN THE POLLBOOK BEFORE BEING ISSUED A BALLOT. (2) WHETHER THE FAILURE TO ACQUIRE ALL OF SUCH INFORMATION FROM THOSE DESIRING TO VOTE WILL SERVE TO VOID THE ELECTION DEPENDS UPON A REVIEW OF ALL THE FACTS AND CIRCUMSTANCES IN EACH PARTICULAR CASE. CITE: 70 O.S. 1971 [70-8-120], 8-120, 26 O.S. 1974 Supp., 8-120 [26-8-120], 70 O.S. 1971 [70-2-108], 2-108 (BRENT S. HAYNIE)